**IN THE SUPERIOR COURT
OF GUAM**

| | |
|---|---|
| DEPARTMENT OF CORRECTIONS, GOVERNMENT OF GUAM<br><br>     Petitioner,<br><br> vs.<br><br>CIVIL SERVICE COMMISSION,<br>     Respondent,<br><br>ERIC S.N. SANTOS,<br>     Real Party in Interest | Special Proceedings Case No. SP0164-16<br><br><br><br>**DECISION & ORDER** |

**INTRODUCTION**

This matter came before the Honorable Michael J. Bordallo on Petitioner Department of Corrections, Government of Guam's Motion to Compel Civil Service Commission to Certify and Submit Record. Assistant Attorney General David Highsmith represents Petitioner. Attorney R. Todd Thompson represents Respondent Civil Service Commission. Attorney Joshua Walsh represents Real Party in Interest Eric S.N. Santos. Having considered the moving papers, arguments, record, and applicable law, the Court issues the following Decision and Order granting Petitioner's Motion to Compel.

**DISCUSSION**

This matter arises out of Petitioner's September 26, 2016 Petition for Writ of Mandate of Judicial Review. Petitioners request this Court to review Respondent Civil Service

Commission's ("CSC") August 30, 2016 Decision and Judgment that reinstated Real Party in Interest Eric S.N. Santos's ("Mr. Santos") employment with the Department of Corrections. On February 12, 2018, Petitioner filed the present Motion to Compel, requesting this Court to order the CSC to certify and submit the entire record of the CSC proceedings involved in this matter. Petitioner argues that it is the CSC's responsibility to produce a certified record for the Court, and further contends that it does not need any transcripts from the proceedings. The CSC filed an Opposition in response on March 12, 2018, asserting that a Submission of Record has already been filed with the Court by DOC and that the party requesting transcripts is responsible for the costs associated with the preparation of those transcripts.

At the outset, the Court notes the distinction between a certified record and transcripts of hearings. A certified record is merely a list or summary of all the documents that comprise a matter. Transcripts, on the other hand, are created documents that reduce the spoken words in a hearing to written form. While 4 G.C.A. § 4406 directs the party appealing a CSC decision to provide and pay for certified transcripts, the Court finds that transcripts are not at issue in the present motion. Here, Petitioner requests the Court to order the CSC to certify and submit the record in Adverse Action Appeal No. 13-AA30T. The Court is unable to move this matter forward without a complete certified record. All the events relevant to the petition before this Court took place under the supervision of the CSC. Thus, the Court finds that the CSC is in the best position to produce a certified record. Accordingly, the Court orders the CSC to certify and submit the record in Adverse Action Appeal No. 13-AA30T.

\\\

\\\

# CONCLUSION AND ORDER

Based on the foregoing, the Court GRANTS Petitioner Department of Correction, Government of Guam's Motion to Compel Civil Service Commission to Certify and Submit Record. The Court ORDERS the Civil Service Commission to certify and submit the record of Adverse Action Appeal No. 13-AA30T.

SO ORDERED, this _____ day of _____ 2018.

_____
HONORABLE MICHAEL J. BORDALLO
Judge, Superior Court of Guam

**SERVICE** VIA COURT b.

I acknowledge that a copy of the original hereto was placed in the court box of:
AG-D.Highsmith/Thompson Thompson
C.Nlike Tang.
Date: 6/5/18 Time: 3:00 p.
Linda U. Paver
**Deputy Clerk** Superior Court of